**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 05-2948 MMC       Align Technology, Inc. v. OrthoClear, Inc., et al.**
**C 06-3828 SC        Align Technology, Inc. v. OrthoClear, Inc., et al.**

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[    ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: August 14, 2006

MAXINE M. CHESNEY
United States District Judge