1  DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
   ROBERT D. TRONNES (S.B. #209835) rtronnes@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, CA 94111-3305
4  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
5
   Attorneys for Defendants
6  OrthoClear, Inc. and OrthoClear Holdings, Inc.

7  MARK E. MCKEEN (S.B. #130950) markmckeen@paulhastings.com
   PETER C. MEIER (S.B. #179019) petermeier@paulhastings.com
8  RICHARD E. ELDER (S.B. #205389) richardelder@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
9  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
10 Telephone:   (415) 856-7000
   Facsimile:    (415) 856-7100
11
   Attorneys for Plaintiff
12 Align Technology, Inc.

13

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO DIVISION**

17

18 | ALIGN TECHNOLOGY, INC., | Case No. C 06-3828 SC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS ORTHOCLEAR, INC.'S AND ORTHOCLEAR HOLDINGS, INC.'S DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| v. | |
| ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC. | |
| Defendants. | Hearing Date:  n/a<br>Time:  n/a<br>Courtroom:  1<br>Judge:  Hon. Samuel Conti |

Case No. C 06-3828 SC                                    STIP. AND [PROP.] ORDER REGARDING
SF1:644554.1                                             DEFS. DEADLINE TO RESP. TO CPLT.

1  Whereas, on September 6, 2006, plaintiff Align Technology, Inc. filed its First Amended
2  Complaint;
3  Whereas the parties met-and-conferred and agreed that it was appropriate to extend
4  defendants OrthoClear, Inc.'s and OrthoClear Holdings, Inc.'s deadline to respond to the First
5  Amended Complaint;
6  It is hereby STIPULATED AND AGREED, by and among the undersigned counsel, that
7  defendants OrthoClear, Inc.'s and OrthoClear Holdings, Inc.'s deadline to respond to the First
8  Amended Complaint is extended by eighteen (18) days from September 25, 2006, to October 13,
9  2006.

Dated:  September 21, 2006   ROBERT D. TRONNES
                              O'MELVENY & MYERS LLP

                              By:   /s/ Robert D. Tronnes
                                    Robert D. Tronnes
                              Attorneys for Defendants OrthoClear, Inc. and
                              OrthoClear Holdings, Inc.

Dated:  September 21, 2006   RICHARD E. ELDER
                              PAUL, HASTINGS, JANOFSKY & WALKER LLP

                              By:   /s/ Richard E. Elder
                                    Richard E. Elder
                              Attorneys for Plaintiff Align Technology, Inc.

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from the signatory.

Dated:  September 21, 2006                        /s/ Robert D. Tronnes
                                                  Robert D. Tronnes

IT IS SO ORDERED.

      Dated:  September  22 , 2006

                                                  IT IS SO ORDERED
                                                  Judge Samuel Conti

                                                  Hon. Samuel Conti
                                                  U.S. District Judge

SF1:643773.2

Case No. C 06-3828 SC           - 1 -           STIP. AND [PROP.] ORDER REGARDING
                              SF1:644554.1       DEFS. DEADLINE TO RESP. TO CPLT.