MARK E. MCKEEN (SB # 130950) markmckeen@paulhastings.com
THOMAS A. COUNTS (SB # 148051) tomcounts@paulhastings.com
PETER C. MEIER (SB # 179019) petermeier@paulhastings.com
RICHARD E. ELDER (SB # 205389) richardelder@paulhastings.com
T. LEE KISSMAN (SB # 233434) leekissman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff ALIGN TECHNOLOGY, INC.

GEORGE A. RILEY (SB # 118304) griley@omm.com
DARIN W. SNYDER (SB # 136003) dsnyder@omm.com
ROBERT D. TRONNES (SB # 209835) rtronnes@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
ORTHOCLEAR, INC. and
ORTHOCLEAR HOLDINGS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ORTHOCLEAR, INC. and<br>ORTHOCLEAR HOLDINGS, INC.,<br><br>Defendants. | CASE NO. C-06-3828 SC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Judge: Hon. Samuel Conti |

CASE NO. C-06-3828 SC

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1     WHEREAS, the parties have resolved any and all claims for relief stated in this
2 action;
3     IT IS HEREBY STIPULATED by the parties and ORDERED by the Court that:
4     1. This action is hereby dismissed with prejudice.
5     2. Each of the parties shall bear its own costs, expenses and attorney fees.
6     3. Pursuant to stipulation and in order to effectuate the terms of the Settlement
7 Agreement, OrthoClear, Inc. and OrthoClear Holdings, Inc. are ordered to provide to Align
8 Technology, Inc. the names of OrthoClear's patients in the United States, Hong Kong and
9 Canada, and further pursuant to stipulation, OrthoClear, Inc. and OrthoClear Holdings, Inc. are
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

authorized to provide such other reasonably accessible patient information as the parties may agree would reasonably assist Align Technology Inc. in verifying and providing treatment for former OrthoClear cases pursuant to Paragraph 4 of the Settlement Agreement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 13, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP
THOMAS A. COUNTS

By: /s/ Thomas A. Counts
THOMAS A COUNTS

Attorneys for Plaintiff, Counterclaim Defendant and Counterclaimant
ALIGN TECHNOLOGY, INC.

DATED: October 13, 2006

O'MELVENY & MYERS LLP
DARIN W. SNYDER

By: /s/ Darin W. Snyder
DARIN W. SNYDER

Attorneys for Defendants
ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: October 20, 2006.

IT IS SO ORDERED
Judge Samuel Conti

U.S. District Judge